[No. 46855-3-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. BALSAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50760-2, Michael Hayden, J., entered June 12, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46893-6-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO APOLISTA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-01332-1, Michael F. Moynihan, J., entered June 8, 2000. *Reversed* by unpublished per curiam opinion.

[No. 47082-5-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMARCO T. CLAYTOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50243-1, William L. Downing, J., entered May 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47121-0-I.   Division One.   October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NICCHIA N. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01508-4, LeRoy McCullough, J., entered July 18, 2001. *Affirmed* by unpublished per curiam opinion.